**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-1631**

---

KATHRYN M. MCLENDON,

             Plaintiff - Appellant,

        v.

FLEETWOOD MOTOR HOMES OF INDIANA, INCORPORATED,

             Defendant - Appellee,

        and

HOLIDAY KAMPER AND BOATS, LLC,

             Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:07-cv-01480-CMC)

---

Submitted:  February 10, 2009       Decided:  March 10, 2009

---

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William T. Toal, JOHNSON, TOAL & BATTISTE, P.A., Columbia, South
Carolina, for Appellant. Thomas William McGee, III, Erik Tison
Norton, NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, Columbia,
South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathryn McLendon appeals the district court's order granting summary judgment in favor of Fleetwood Motor Homes of Indiana, Inc., in this breach of warranty action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McLendon v. Fleetwood Motor Homes of Indiana, Inc., No. 3:07-cv-01480-CMC (D.S.C. Apr. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED